of defendant entered upon a verdict in an action for slander.

*Floyd E. Whiteman* and *Acton M. Hill* for appellant.

*Frank J. Nelson*, respondent, in person.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

CAROLINE J. SIMONS, as Administratrix of the Estate of WILLIAM SIMONS, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Simons* v. *International Railway Co.*, 152 App. Div. 953, affirmed.
(Argued June 11, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 17, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Dana L. Spring* for appellant.

*Charles W. Strong* and *Arthur C. Wade* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ. Not voting: HISCOCK, J.

---

ANNA M. MENSING, as Administratrix of the Estate of THEODORE W. MENSING, Deceased, Appellant, *v.* COOK IRON STORE COMPANY, Respondent.

*Mensing* v. *Cook Iron Store Co.*, 149 App. Div. 934, affirmed.
(Argued June 12, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered March 29, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Hugh J. O'Brien* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.  Not sitting: WERNER, J.

--------

GEORGE B. PATTISON, as Substituted Trustee under the Will of JAMES W. CUSACK, Deceased, Appellant, *v.* KITTIE A. CUSACK, Individually and as Trustee under the Will of JAMES W. CUSACK, Deceased, Respondent, and ELLA F. CUSACK, Appellant.

*Pattison* v. *Cusack*, 152 App. Div. 956, affirmed.
(Argued June 12, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 31, 1912, affirming a judgment in favor of defendant, appellant, entered upon a dismissal of the complaint as to her by the court at a Trial Term without a jury in an action for the partition of certain real property.

*John T. Norton* and *John H. Peck* for appellants.

*H. C. Bailey* and *Abbott H. Jones* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.